El Pueblo *v.* Barnes.

Apelación procedente de la Corte de Distrito de Ponce.

No. 100.—Resuelto en febrero 4, 1907.

Apelación—Excepciones Previas.—Una resolución desestimando excepciones previas no tiene el carácter de definitiva, y no es, por lo tanto, apelable para ante el Tribunal Supremo.

Id.—Resolución Exceptionada por Ministerio de la Ley.—Las resoluciones desestimando excepciones previas se consideran exceptionadas por ministerio de la ley, y pueden ser revisadas en la apelación que se interponga contra la sentencia definitiva.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Tous Soto.*

Abogado del apelado: *Sr. Rossy, Fiscal.*

El Juez Asociado Sr. Figueras emitió la opinión del tribunal.

Con fecha veinte y nueve de agosto de 1906, "El Pueblo de Puerto Rico," representado por el fiscal J. Henry Brown, presentó demanda ante la Corte Municipal de Ponce contra Francisco Barnes y otros como herederos de Doña Antonia Plaja y Acosta y alegó que esta señora falleció en Ponce el día diez y seis de septiembre de mil novecientos cuatro, dejando bienes muebles é inmuebles en Puerto Rico por valor de treinta y un mil seiscientos treinta dollars; que por su testamento esos bienes se trasmitieron á sus hijos legítimos, que son los demandados; que esa herencia está pro-indivisa y no se ha nombrado albacea; que en diez y seis de septiembre de mil novecientos cinco los demandados debían á "El Pueblo de Puerto Rico" por concepto de contribución sobre la dicha herencia la suma de trescientos diez y seis dollars, treinta centavos,

y tal suma ya está debida y no pagada y además los intereses sobre la misma desde el diez y seis de septiembre hasta el presente, á razón del diez por ciento anual ascendente á la cantidad de treinta dollars y concluye suplicando á la corte que se dicte sentencia á favor del demandante y en contra de los demandados, condenándoles á pagar la suma de trescientos cuarenta y seis dollars treinta centavos, intereses que se devenguen y las costas que origine este pleito.

Los demandados, por medio de su abogado, Don José Tous Soto, opusieron excepción previa á la demanda por el fundamento de que no aducía hechos suficientes para constituír una buena causa de acción y después de argumentada la excepción por las partes en que parece que se discutió la interpretación que debe darse á los artículos 368 y párrafo 1º. del 369, ambos del Código Político, el juez municipal en 27 de septiembre del año próximo pasado, resolvió que la ley y los hechos están á favor de los demandados, hijos de Doña Antonia Plaja y en contra del demandante "El Pueblo de Puerto Rico" y declara con lugar la excepción previa de no existir una buena causa de acción, sobreseyendo el caso con costas de oficio.

La representación de "El Pueblo de Puerto Rico" estableció recurso de apelación para ante la Corte de Distrito de Ponce á la que las partes sometieron el caso sin argumentación y en 19 de noviembre de 1906 se declaró sin lugar la excepción revocando la providencia apelada y se concedieron diez días á los demandados para que contestasen la demanda, imponiéndoles las costas.

Contra esta resolución de la Corte de Distrito de Ponce apelaron los demandados y aquí se ha presentado el récord y han alegado por escrito las partes la interpretación que en su sentir debe darse á las disposiciones ya citadas del Código Político.

"Examinada la índole de la resolución recurrida no la encontramos comprendida en caso alguno de los que taxativamente enumera el artículo 295 del Código de Enjuiciamiento Civil al determinar las resoluciones de las Cortes de Distrito

contra las que puede establecerse apelación para ante la Corte Suprema, pues declarada sin lugar la excepción previa alega-da, aquella resolución no puede calificarse de definitiva, y por el contrario se deja vía abierta para la celebración del juicio hasta llegar á la resolución final, siendo entonces cuando si se interpusiere apelación contra la sentencia que recaiga, aquella resolución se estimará excepcionada por ministerio de la ley al tenor de lo que dispone el artículo 213 del Código citado, y á ella se hará extensiva también la jurisdicción del tribunal para confirmarla ó revocarla.''

Esto dijo esta Corte Suprema de acuerdo con la opinión del Juez Sr. Hernández, en el caso número 102 de *Francisco Escalona* contra *Gavino Alvaro Dordal y otros,* procedente de la Corte de Distrito de San Juan y fallado el 12 de febrero de 1906.

Y como el caso de apelación que nos ocupa es por su índole exactamente igual al que nos referimos, procede que por las mismas razones se declare como entonces, no haber lugar á resolver este recurso con las costas á la parte apelante.

*Denegado.*

Jueces concurrentes: Sres Presidente Quiñones y Asociados, Hernández, MacLeary, y Wolf.